**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**ALBERT T. OWENS,**

        *Plaintiff,*

**v.**                                     **Case No.: 5:26cv140-MW/MJF**

**RICKY DIXON, et al.,**

        *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. Plaintiff contends his oversight in failing to list two cases in his litigation history, including a recent case with similar facts and issues to the case before this Court, was not malicious or an abuse of the judicial process. However, Plaintiff's failure to list these cases is still a violation of the Local Rules and will be treated as such. *See McNair v. Johnson*, 143 F.4th 1301, 1308 (11th Cir. 2025) ("Dismissal without prejudice was an appropriate exercise of the district court's inherent authority to manage its docket and enforce the local rules.").

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Local Rules for the Northern District of Florida." The Clerk shall close the file.

**SO ORDERED on July 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2